■ MIRIAM SMITH et al., Individually and in Behalf of Themselves and All of the Stockholders of FICAMA MEDICAL CENTER REALTY CORPORATION, Similarly Situated, Appellants, v. GERARD MARTORANO et al., Respondents.— In a minority stockholders' action, inter alia, to recover damages for waste of corporate assets, to remove officers and directors, and for rescission of certain stock purchase transactions, plaintiffs appeal (1) from a judgment of the Supreme Court, Nassau County, entered August 6, 1965, which, after a nonjury trial and upon the court's decision and opinion, dismissed the complaint on the merits; and (2) from a purported order of said court, entered July 16, 1965, which denied their motion for a new trial. Judgment affirmed, with costs. No opinion. Appeal from purported order dismissed, without costs. There is no such order in the record and, in any event, the merits of the appeal therefrom were reviewed on the appeal from the judgment. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ IRENE SPIEGEL et al., Respondents, v. SAKS 34TH STREET et al., Appellants.— In an action to recover damages, inter alia, for breach of an express warranty, defendants appeal, by permission of this court, from an order of the Appellate Term, Second Judicial Department, entered May 22, 1964, which affirmed a judgment of the Civil Court of the City of New York, Queens County, entered May 3, 1963, in favor of the plaintiffs after a nonjury trial. Order affirmed, with costs, on the opinion of the Appellate Term. Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur. [43 Misc 2d 1065.]